

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00805-CV

**IN THE INTEREST OF S.M.W.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00263
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, appellant's motion to dismiss appeal is GRANTED, and this appeal is DISMISSED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED January 15, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice